THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM BLACKMON,**  PLAINTIFF
**ADC #151147**

v.  Case No. 4:20-cv-00897-KGB-JTK

**WENDY KELLEY**, *et al.*  DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on September 16, 2020 (Dkt. No. 3). No objections have been filed, and the deadline for filing objections has since passed. Accordingly, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law. The Court dismisses plaintiff William Blackmon's claims without prejudice for failure to prosecute.

It is so ordered this 8th day of February, 2021.

_____
Kristine G. Baker
United States District Judge